*Law Offices of*
# ROBERT A. LEVINE
630 N. Broadway
Milwaukee, Wisconsin 53202
www.rlevinelaw.com

**Robert A. Levine**  Telephone (414) 271-9585
**Michael G. Levine\***  Facsimile (414) 271-8506
**Jonathan J. Cattey**
**Joseph P. Bastien, V.**
\*Also Licensed in Florida

June 2, 2020

**Via ECF, only**
The Honorable J.P. Stadtmueller
United States District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 425
Milwaukee, Wisconsin 53202

    Re:    *Sheenah Arenz vs. Inmate Services Corp., et al.*
              Eastern District of Wisconsin Case No. 19-CV-949

Dear Judge Stadtmueller:

    On May 1, 2020, the Court granted defense counsel's Motion to Withdraw as counsel for the defendants Inmate Services Corporation and Marius Nesby in this matter. The Court ordered that the defendants notify the Court of their new counsel on or before June 1, 2020.

    That deadline has now passed, and no counsel has appeared on behalf of either defendant.

    Regarding the corporate defendant, Inmate Services Corporation, the law is clear that a corporation cannot appear in federal court unless it is represented by counsel. *See, Rowland v. California Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 201-02 (1993); *United States v. Hagerman,* 545 F.3d 579, 581 (7th Cir. 2008).

    Additionally, I have not heard from the defendants or anybody on their behalf since before the Motion to Withdraw was filed by defense counsel.

    As a result, I would respectfully request that the Court allow the plaintiff time to file a Motion for Default Judgment in this matter, and I would propose using the June 9, 2020 final pretrial to schedule a Motion for Default.

                                Very truly yours,

                                  LAW OFFICES OF ROBERT A. LEVINE

                                  /s/ Robert A. Levine

                                  Robert A. Levine