*Law Offices of*
# ROBERT A. LEVINE
630 N. Broadway
Milwaukee, Wisconsin 53202
www.rlevinelaw.com

**Robert A. Levine**  Telephone (414) 271-9585
**Michael G. Levine*** Facsimile (414) 271-8506
**Jonathan J. Cattey**
**Joseph P. Bastien, V.**
*Also Licensed in Florida

June 12, 2020

**Via ECF, only**
The Honorable J.P. Stadtmueller
United States District Court for the Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 425
Milwaukee, Wisconsin 53202

    Re:    *Sheenah Arenz vs. Inmate Services Corp., et al.*
                Eastern District of Wisconsin Case No. 19-CV-949

Dear Judge Stadtmueller:

    Enclosed for filing please find the Plaintiff Sheenah Arenz's Notice of Motion and Motion for Default Judgment, along with a brief and affidavit in support of same.

    Copies of these pleadings are also being served via mail upon the defendants, Inmate Services Corporation and Marius Nesby.

                Very truly yours,

                LAW OFFICES OF ROBERT A. LEVINE

                /s/ Robert A. Levine

                Robert A. Levine

Encls.

cc:    Marius Nesby (w/ encls.)
        Inmate Services Corp. (w/ encls.)