| Account #: | Amount Due: | Amount Paid: | Statement #: 501083140 |
|---|---|---|---|
| 2126469 | 0.00 | | ☐Check ☐Discover ☐Visa ☐Master Card |
| Statement Date: | Date Due: | Credit Card Number: | Exp. Date: |
| 07-02-2019 | 07-30-2019 | | |
| | | Signature: X_____ | |

Make Checks Payable and Mail to:

Sheenah L Arenz
209 S WARREN ST

WATERTOWN, WI 53094

Fort Healthcare Inc
PO Box 249

Fort Atkinson, WI 53538

Please detach and return this portion with your payment.
Please indicate any name and/or address changes on this form.

| | | Account #: 2126469 | | Statement #: 501083140 | | |
|---|---|---|---|---|---|---|
| Provider of Service | Date of Service | Service Provided/ Account Activity | Charges, Payments, Adjustments | Insurance Pending | Patient Balance | *R |
| Patient Name: Sheenah L Arenz | | | | | | |
| Date of Service: 01-15-2019 Financial#: 6971137 Fort HealthCare Behavioral Health | | | | | | |
| | 01-15-2019 | Psychiatric diagnostic evaluation, 90792 - MD w/med service | 505.00 | 505.00 | | |
| | 01-21-2019 | Billed Medicaid Dean Care | | | | |
| | 02-08-2019 | Managed care payment | -144.14 | -144.14 | | |
| | 02-08-2019 | Contractual Allowance Adjustment | -360.86 | -360.86 | | |
| | | Visit Total: | -0.00 | 0.00 | -0.00 | |
| | | Unpaid Balance: | | 0.00 | -0.00 | |

Total patient payments and or co-payments applied since last statement: $0.00

*R - Description of Remarks

Page 1 of 1


EXHIBIT B

Case 2:19-cv-00949-JPS   Filed 10/14/21   Page 1 of 1   Document 34-2