```
DATE: 01/29/19 @ 0959              Directions Counseling Center - B/AR LIVE                      PAGE 1
USER: SNELSON4                        Bill Transaction Detail for Bill 3
```

Acct D000019522
ARENZ, SHEENAH L
PO BOX 39

ELLISON BAY, WI 54210
(608)957-2668 (H)

Guar  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
ARENZ, SHEENAH L
PO BOX 39

ELLISON BAY, WI 54210
(608)957-2668 (H)

| Date | Procedure | User | Chg Cat | Description | Bch Date | Num | Journal | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/18/18 | MMA90837 | SWEBER | 960 | INDIV/COUPLE MA (60 MIN) ($265.00 P/C) | 01/24/19 | 1 | ONEKA | 265.00 |
| 01/24/19 | | SWEBER | | INTERIM BILL # 3 CUT | 01/24/19 | 23 | SYSTEM | 265.00 |
| 01/24/19 | | SWEBER | | INTERIM BILL # 3 POSTED | 01/24/19 | 23 | SYSTEM | 265.00 |
| | | | | Insurance balances | | | | |
| | | | | MA HMO D    265.00 | | | | |
| | | | | SP            0.00 | | | | |
| 01/24/19 | CLAIM | SWEBER | | MA HMO D E 15MA $265.00 UCRN: DAB40359 | | | | |

Case 2:19-cv-00949-JPS   Filed 10/14/21   Page 1 of 1   Document 34-3

EXHIBIT C