# SSM Health

Printed: 5/28/2019
Account: 101002106989-ARENZ,SHEENAH L
209 S WARREN ST
WATERTOWN, WI 53094
USA

Detail for patient: ARENZ,SHEENAH L

| Service Date | Code | Description | Diagnoses | Provider | Charge Amt | Pay/Adj Amt | Ins Due | Pat Due | Place of Service |
|---|---|---|---|---|---|---|---|---|---|
| 10/24/18 | 81001 | CHG URINALYSIS, AUTO, W/SCOPE | R39.9 | DMG LAB TECH | 39.00 | | 0.00 | 0.00 | SSM HEALTH DMG FORT ATKINSON |
| | | INSURANCE PAYMENT-DHP MA | | | | 4.31 | | | |
| | | CONTRACTUAL WRITE-OFF-DHP MA | | | | 34.69 | | | |
| 10/24/18 | 87086 | CHG URINE CULTURE, COLONY COUNT | R82.90 | DMG LAB TECH | 0.00 | | 0.00 | 0.00 | ST MARY'S HOSPITAL MED CNTR A |
| 10/24/18 | 87077 | CHG BACTERIA IDENTIFICATION, AEROBIC ISOLATE | R82.90 | DMG LAB TECH | 0.00 | | 0.00 | 0.00 | ST MARY'S HOSPITAL MED CNTR A |
| 10/24/18 | 99204 | OFFICE/OUTPT VISIT,NEW,LEVL IV | N39.0,R39.9,Z76.89,R32,R82.90 | Garcia, April H, APNP-CNP | 407.00 | | 0.00 | 0.00 | SSM HEALTH DMG FORT ATKINSON |
| | | INSURANCE PAYMENT-DHP MA | | | | 79.16 | | | |
| | | CONTRACTUAL WRITE-OFF-DHP MA | | | | 327.84 | | | |
| 1/2/19 | 92004 | EYE EXAM, NEW PATIENT, COMPREHEN | H52.03,H52.203 | Hofmann, Alyce A, OD | 261.00 | | 0.00 | 0 00 | SSM HEALTH DMG FORT ATKINSON |
| | | INSURANCE PAYMENT-DHP MA | | | | 44.33 | | | |
| | | CONTRACTUAL WRITE-OFF-DHP MA | | | | 216.67 | | | |
| 1/2/19 | 92015 | REFRACTION | H52.03,H5 | Hofmann, | 66.00 | | 0.00 | | |

EXHIBIT D

| Date | Code | Description | Diagnosis | Provider | Charges | Adj | Payment | Balance | Facility |
|---|---|---|---|---|---|---|---|---|---|
| | | | 2.203 | Alyce A, OD | | | | | HEALTH DMG FORT ATKINSON |
| | | *INSURANCE PAYMENT-DHP MA* | | | | 9.97 | | | |
| | | *CONTRACTUAL WRITE-OFF-DHP MA* | | | | 56.03 | | | |
| 3/25/19 | 99213 | OFFICE/OUTPT VISIT,EST,LEVL III | R21 | Garcia, April H, APNP-CNP | 187.00 | | 0.00 | 0 00 | SSM HEALTH DMG FORT ATKINSON |
| | | *INSURANCE PAYMENT-DHP MA* | | | | 30.30 | | | |
| | | *CONTRACTUAL WRITE-OFF-DHP MA* | | | | 156.70 | | | |
| 5/6/19 | 99213 | OFFICE/OUTPT VISIT,EST,LEVL III | J02.9,J01.0 0 | Cash, Barry P, MD | 187.00 | | 187.00 | 0.00 | SSM HEALTH DMG FORT ATKINSON |
| 5/6/19 | 87880 | STREP A ASSAY W/OPTIC | J02.9 | DMG LAB TECH | 100.00 | | 100.00 | 0.00 | SSM HEALTH DMG FORT ATKINSON |
| 5/9/19 | 99213 | OFFICE/OUTPT VISIT,EST,LEVL III | R10.12,R1 6.1 | Cash, Barry P, MD | 187.00 | | 187.00 | 0.00 | SSM HEALTH DMG FORT ATKINSON |
| 5/20/19 | 99214 | OFFICE/OUTPT VISIT,EST,LEVL IV | M94.0,G47 .00,F41.9,T 75.4XXA | Garcia, April H, APNP-CNP | 278.00 | | 278.00 | 0 00 | SSM HEALTH DMG FORT ATKINSON |
| Totals: | | | | | 1712.00 | 960.00 | 752.00 | 0.00 | |

**Pay/Adj Summary**
CONTRACTUAL WRITE-OFF 791.93
INSURANCE PAYMENT 168.07